IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMMY SCARFE, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:21-cv-00901-LMM |
| NEENAH PAPER, INC., *now known as* Neenah, Inc., | : | |
| Defendant. | : | |

## ORDER

Presently before the Court is a stipulation of dismissal by which Plaintiff and Defendant agree that the action shall be dismissed with prejudice and without further notice or costs or fees to any party. Dkt. No. [33]. Because the notice is signed by Plaintiff and defense counsel, the stipulation of dismissal is **APPROVED,** and the case is **DISMISSED WITH PREJUDICE**. The pending motion, Dkt. No. [32], is also **DENIED AS MOOT**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 11th day of April, 2022.

_____
**Leigh Martin May
United States District Judge**